IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER BATSON,** **PLAINTIFF**
ADC #098149

v. CASE NO. 5:17CV00307-JLH-BD

**WENDY KELLEY, et al.** **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Batson's claims are DISMISSED, with prejudice, based on his failure to state a constitutional claim. The Court further certifies that this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous.

IT IS SO ORDERED this 15th day of February, 2018

_____
UNITED STATES DISTRICT JUDGE