IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER BATSON,**     **PLAINTIFF**
**ADC #098149**

v.     **CASE NO. 5:17CV00307-JLH-BD**

**WENDY KELLEY, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 15th day of February, 2018.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE